IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE: CASE NO. 09-41102TLH4

STANTON, PAUL ANDREW

CHAPTER 7

Debtor(s)
______________________________________/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347**

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | Ascot International<br>113/37 Swaroop Nagar, Kanpur<br>208 002, IN | $2,604.60 |

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL 32317
PH: (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Ascot International
113/37 Swaroop Nagar, Kanpur
208 002, IN

Dated: 9/7/2011 /s/ Theresa M. Bender